IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sledd, Lavonne

Printed: 11/04/08

Case Number: 08 B 17183
Judge: Squires, John H
Filed: 7/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Toyota Motor Credit Corporatio | Secured | 28,509.00 | 0.00 |
| 2. | Capital One | Unsecured | 686.38 | 0.00 |
| 3. | Budget Counselors Credit Services | Unsecured | 240.00 | 0.00 |
| 4. | Toyota Motor Credit Corporatio | Unsecured | 1,524.16 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 521.45 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 471.45 | 0.00 |
| 7. | Sprint PCS | Unsecured | 994.40 | 0.00 |
| 8. | Cook County Treasurer | Secured |  | No Claim Filed |
| 9. | AmeriCash Loans, LLC | Unsecured |  | No Claim Filed |
| 10. | Bank Of America | Unsecured |  | No Claim Filed |
| 11. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 12. | Americredit Financial Ser Inc | Unsecured |  | No Claim Filed |
| 13. | Cash Call | Unsecured |  | No Claim Filed |
| 14. | Citibank | Unsecured |  | No Claim Filed |
| 15. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,946.84 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Sledd, Lavonne

Printed: 11/04/08

Case Number: 08 B 17183
Judge: Squires, John H
Filed: 7/2/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

